IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

RICHARD A. PACENZA                                                              PLAINTIFF

V.                                                               CAUSE NO. 2:10CV139-SA-DAS

UNITED STATES                                                                   DEFENDANT

## ORDER

Before the court in this FTCA case is the *pro se* plaintiff's form motion (# 2) for leave to proceed in this court without prepayment of fees or costs *(in forma pauperis* or ifp). Though the plaintiff printed his name on the form motion, he failed to sign it in accordance with the rules of this court. Nevertheless, the court will grant the plaintiff a brief period of time in which to file an amended motion.

**THEREFORE, IT IS ORDERED** that within ten (10) days of this date, the plaintiff shall file a signed copy of his motion to proceed ifp or risk denial of the motion.

This 19th day of August, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE